STATE v. JOHN CARSON.

206 N. W. 2d 556.

April 20, 1973—No. 43228.

*C. Paul Jones,* State Public Defender, for appellant.
*Warren Spannaus,* Attorney General, for respondent.

PER CURIAM.

Defendant, convicted of burglary, Minn. St. 609.58, subd. 2(3), and sentenced to a term of up to 5 years, contends on this appeal from judgment of conviction and review of the order denying postconviction relief that he should be permitted to withdraw his guilty plea, upon

which the conviction was based. We have examined the record carefully and are satisfied that defendant is not entitled to the relief he *requests.* .

Affirmed.